# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | 8:22CR136 |
| vs. | ) | |
| **HELEN NGUYEN** | ) | **ORDER** |
| **JAMES LAU,** | ) | |
| **Defendant.** | ) | |

This matter is before the court on the defendant James Lau's Unopposed Motion to Continue Trial [32]. Counsel needs additional time to complete plea negotiations and review discovery. The court has been advised the co-defendant does not object to the motion. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [32] is granted, as follows:

1. The jury trial, as to all defendants, now set for November 29, 2022, is continued to **January 31, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 31, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:** November 10, 2022

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**