IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| United States of America<br>　　　　　Plaintiff,<br><br>vs.<br><br>HELEN NGUYEN<br><br>　　　　　Defendant. | CASE NO. 8:22CR136<br><br><br>WAIVER OF PERSONAL<br>APPEARANCE AT ARRAIGNMENT<br>AND ORDER |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1)　　The defendant affirms receiving a copy of the superseding indictment;

(2)　　The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3)　　The defendant pleads not guilty to all counts of the superseding indictment.

_____    _12-19-2022_____
Defendant                                      Date

_____    _12-19-2022_____
Attorney for Defendant                 Date

**ORDER**

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this __19__ day of __December__, 20 _22_.

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT