**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:22CR136** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **HELEN NGUYEN and JAMES LAU,** | ) | **ORDER** |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the defendant James Lau's Motion to Continue Trial [43] and Amended Motion to Continue Trial [44]. Counsel needs additional time to resolve the matter short of trial. Co-defendant does not object to the continuance. For good cause shown,

**IT IS ORDERED** that the Motions to Continue Trial [43] and [44] are granted, as follows:

1. The jury trial, as to both defendants, now set for January 31, 2023, is continued to **April 4, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 4, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED: January 23, 2023.**

**BY THE COURT:**

**s/ Susan M. Bazis
United States Magistrate Judge**