IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>HELEN NGUYEN and<br>JAMES LAU<br><br>　　　　　　　　Defendants. | 8:22–CR–136<br><br>FINAL ORDER OF FORFEITURE |

  This matter is before the Court on the Government's Amended Motion for Final Order of Forfeiture. Filing 88.¹ The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

  1. On October 3, 2023, the Court entered a Preliminary Order of Forfeiture forfeiting Defendants' interest in the in the $6,600.00, $10,940.00, and $1,992.00 in United States currency. Filing 78.

  2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on October 4, 2023, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  A Declaration of Publication was filed herein on December 8, 2023. Filing 86.

---

  1 The Government's original Motion for Final Order of Forfeiture appears at Filing 87. The original Motion incorrectly states that the Court "entered a Preliminary Order of Forfeiture forfeiting defendants' interests in the $6,600.00, $30,940.00, and $1,992.00 in United States currency." Filing 87 at 1. The Amended Motion correctly states that the Court "entered a Preliminary Order of Forfeiture forfeiting defendant's interests in the $6,600.00, $10,940.00, and $1,992.00 in United States currency. It is apparent that the Amended Order of Forfeiture was filed to correct this typographical error. Accordingly, the Court denies the original Motion for Final Order of Forfeiture at Filing 87.

3. The Government has advised the Court that no party has filed a petition regarding the subject property. From a review of the Court file, the Court finds that no person or entity has filed a petition.

4. The Amended Motion for Final Order of Forfeiture, Filing 88, should be granted.

IT IS ORDERED:

1. The Government's Motion for Final Order of Forfeiture, Filing 87, is denied;

2. The Government's Amended Motion for Final Order of Forfeiture, Filing 88, is granted;

3. All right, title and interest in and to the currency taken from defendants from the Stanton, California residence of James Lau on or about June 8, 2022, held by any person or entity are forever barred and foreclosed;

4. The $6,600.00, $10,940.00, and $1,992.00 in United States currency is forfeited to the government;

5. The Government is directed to dispose of that currency in accordance with law.

Dated this 11th day of December, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge